UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MOHAMMED S., et al., | Case No. 20-cv-793 (NEB/ECW) |
| Petitioners, | |
| v. | **REPORT AND RECOMMENDATION** |
| LESLIE TRITTEN, in her official capacity as Field Office Director, Minnesota Field Office of U.S. Immigration & Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; US. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security; WILLIAM P. BARR, in his official capacity as Attorney General, U.S. Department of Justice; and JOEL BROTT, in his official capacity as Sheriff, Sherburne County, | |
| Respondents. | |

This matter is before the Court on Petitioners' Amended Petition (Dkt. 19) and Respondents' Summary Motion to Dismiss (Dkt. 137). The case has been referred to the undersigned United States Magistrate Judge for a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

Petitioners initially filed their Amended Petition on April 7, 2020 and on April 10, 2020, filed their Motion for Temporary Restraining Order or Preliminary Injunction (Dkt.

43) ("Motion") seeking release from the Sherburne County Jail ("SJC") in light of the COVID-19 pandemic. After a hearing and further written submissions, this Court issued a Report and Recommendation on April 28, 2020, recommending that the Motion be denied. (Dkt. 94.) That said, the Court also noted as follows:

> The Court recognizes that what is known and understood about the COVID-19 pandemic, as well as the conditions within SCJ, is constantly evolving, and that there may be subsequent facts established as to those conditions and an individual Petitioner's health and proposed release plan that could tip the balance differently. For those reasons, the Court recommends denying the Motion without prejudice.

(Dkt. 94 at 64.)

On May 27, 2020, United States District Judge Nancy E. Brasel issued an Order overruling the parties' respective objections and adopting the Report and Recommendation with respect to denial of the Motion. (Dkt. 126.)

The parties had initially entered into a stipulation for the dismissal of this matter effective on July 13, 2020, absent any material change in circumstances, which was subsequently vacated by the Court as a result of a request by Petitioners. (Dkts. 127, 130, 132, 136.)

On June 24, 2020, Respondents brought the present Summary Motion for Dismissal, arguing that because the relief sought in the Motion and Amended Petition are the same, the Amended Petition should be dismissed pursuant to 28 U.S.C. § 2243. (Dkt. 138.) Petitioners agree that the Motion and Amended Petition seek the same relief, however, argue consistent with their objections to the Report and Recommendation (Dkt. 98), and their memoranda of law and exhibits in support of their motion for a temporary

restraining order or a preliminary injunction (Dkts. 45, 46, 46-1 to 46-19, 68, 69, 69-1 to 69-6, 85, 89, and 90), that they be granted the relief sought in their Amended Petition. (Dkt. 140.)

Petitioners have not provided any additional evidence to the Court that the circumstances have changed with respect to the procedures used to prevent the introduction or spread of COVID-19 within the SJC, any confirmed positive cases of COVID-19 within the SJC, any pertinent changes with respect to their health, or any other relevant information. Given this fact, and the fact that the relief sought and arguments are the same as to the Motion and the Amended Petition, the Court recommends dismissal of the Amended Petition without prejudice for the same reasons set forth in the Court's April 28, 2020 Report and Recommendation (Dkt. 94) and Judge Brasel's May 27, 2020 Order (Dkt 126). *See* 28 U.S.C. § 2243 (authorizing a court summarily hear a § 2241 petition and to "dispose of the matter as law and justice require.").

## RECOMMENDATION

Based on the above, and on the files, records, and proceedings herein, **IT IS RECOMMENDED** that Petitioners' Amended Petition (Dkt. 19) be **DENIED** and **DISMISSED WITHOUT PREJUDICE** and that Respondents' Summary Motion to Dismiss (Dkt. 137) be **GRANTED**.

DATED: July 2, 2020                                     *s/Elizabeth Cowan Wright*
                                                        ELIZABETH COWAN WRIGHT
                                                        United States Magistrate Judge

3

## **NOTICE**

This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under District of Minnesota Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. D. Minn. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in D. Minn. LR 72.2(c).